Andrew C. Schwartz (State Bar No. 64578)
**CASPER, MEADOWS, SCHWARTZ & COOK**
A Professional Corporation
California Plaza
2121 North California Blvd., Suite 1020
Walnut Creek, California  94596
Telephone:   (925) 947-1147
Facsimile:   (925) 947-1131

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARCUS HURT, CARLY MAGNUS and CREIGHTON HURT,<br><br>          Plaintiffs,<br><br>v.<br><br>CONTRA COSTA COUNTY SERGEANT DAVID ADAMS, CONTRA COSTA COUNTY SHERIFF'S DEPUTIES A. CONIGLIO, THOMAS HENDERSON, JEFF JACKSON, J. KIRKHAM, DAVID LONDONO, TYLER NELSON, KATIE RHOE, A. ROSSI and TRAVIS WRANGHAM, LAFAYETTE POLICE SERGEANT D. NUGENT, LAFAYETTE POLICE OFFICERS BRAD IMHOFF and B. PARKER, SAN RAMON POLICE OFFICER FNU BRUCE, B.D., a minor, N.M., a minor, and B.S., a minor, and DOES 1-100,<br>          Defendants. | No. C15-05223 JCS<br><br>**STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT**<br><br>[Civil L.R. 6-1(a)]<br><br>Crtrm: G, 15th Floor<br>Judge: Hon. Joseph C. Spero, Presiding<br>Date Action Filed:  November 16, 2015<br>Trial Date:  None Assigned |

Pursuant to Civil Local Rule 6-1(a), Plaintiffs MARCUS HURT, CARLY MAGNUS, and CREIGHTON HURT, by and through their attorney of record, Andrew C. Schwartz of the Casper, Meadows, Schwartz & Cook law firm, and Defendants CONTRA COSTA COUNTY SERGEANT DAVID ADAMS, CONTRA COSTA COUNTY SHERIFF'S DEPUTIES JEFF JACKSON, J. KIRKHAM, DAVID LONDONO, TYLER NELSON, KATIE RHOE, A.

ROSSI, and TRAVIS WRANGHAM, LAFAYETTE POLICE SERGEANT D. NUGENT, and LAFAYETTE POLICE OFFICERS BRAD IMHOFF and B. PARKER, by and through their attorney of record, Deputy County Counsel Nima E. Sohi of the Contra Costa County Counsel's Office, hereby stipulate to an extension of time for the above-named defendants to file a responsive pleading to Plaintiff's Complaint, filed on November 16, 2015.

**RECITALS**

1. On November 16, 2015, Plaintiff filed a complaint alleging violations of his civil rights pursuant to 42 U.S.C. §§ 1983 and 1988.  *See* ECF Doc. No. 1.
2. The response to the complaint by Defendants CONTRA COSTA COUNTY SERGEANT DAVID ADAMS, CONTRA COSTA COUNTY SHERIFF'S DEPUTIES JEFF JACKSON, J. KIRKHAM, DAVID LONDONO, TYLER NELSON, KATIE RHOE, A. ROSSI, and TRAVIS WRANGHAM, LAFAYETTE POLICE SERGEANT D. NUGENT, and LAFAYETTE POLICE OFFICERS BRAD IMHOFF and B. PARKER, is currently due on January 26, 2016.
3. The Contra Costa County Counsel's Office represents all of the above referenced defendants, and CONTRA COSTA COUNTY SHERIFF'S DEPUTIES A. CONIGLIO and THOMAS HENDERSON.  Service of the summons and complaint has not been completed at this time as to Defendants A. CONIGLIO and THOMAS HENDERSON.
4. Therefore, the parties to this stipulation have stipulated and agreed that a response to the complaint by Defendants CONTRA COSTA COUNTY SERGEANT DAVID ADAMS, CONTRA COSTA COUNTY SHERIFF'S DEPUTIES JEFF JACKSON, J. KIRKHAM, DAVID LONDONO, TYLER NELSON, KATIE RHOE, A. ROSSI, and TRAVIS WRANGHAM, LAFAYETTE POLICE SERGEANT D. NUGENT, and LAFAYETTE POLICE OFFICERS BRAD IMHOFF and B. PARKER, shall be due no later than February 26, 2016.  Pursuant to Civil Local Rule 6-1(a), the parties attest that the requested extension of time to answer or otherwise respond to the complaint will not alter the date of any event or

any deadline already fixed by Court order.

**STIPULATION**

Pursuant to Civil Local Rule 6-1(a), the parties hereby stipulate that the response of Defendants CONTRA COSTA COUNTY SERGEANT DAVID ADAMS, CONTRA COSTA COUNTY SHERIFF'S DEPUTIES JEFF JACKSON, J. KIRKHAM, DAVID LONDONO, TYLER NELSON, KATIE RHOE, A. ROSSI, and TRAVIS WRANGHAM, LAFAYETTE POLICE SERGEANT D. NUGENT, and LAFAYETTE POLICE OFFICERS BRAD IMHOFF and B. PARKER, to the complaint filed on November 16, 2015, will be due no later than February 26, 2016.

DATED: January 22, 2016          CASPER, MEADOWS, SCHWARTZ & COOK

                                 By:    /s/ - "Andrew C. Schwartz"
                                        ANDREW C. SCHWARTZ
                                        Attorneys for Plaintiffs

DATED: January 22, 2016          SHARON L. ANDERSON
                                 COUNTY COUNSEL


                                 By:    /s/ - "Nima E. Sohi"
                                        NIMA E. SOHI
                                        Deputy County Counsel
                                        Attorneys for Defendants
                                        SERGEANT DAVID ADAMS,
                                        JONATHAN KIRKHAM, DAVID LONDONO,
                                        TYLER NELSON, KATIE RHOE, ANTHONY
                                        ROSSI, TRAVIS WRANGHAM, SERGEANT
                                        DANIEL NUGENT, OFFICERS JEFF
                                        JACKSON, BRAD IMHOFF, and BERCH
                                        PARKER

Dated 1/25/16

IT IS SO ORDERED
Judge Joseph C. Spero
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA