UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARCUS HURT, et al.,<br>　　　　Plaintiffs,<br>　　v.<br>DAVID ADAMS, et al.,<br>　　　　Defendants. | Case No. 15-cv-05223-JCS<br><br>**ORDER SEALING COMPLAINT AND REQUIRING PLAINTIFFS TO FILE REDACTED COMPLAINT**<br><br>Re: Dkt. No. 1 |

　　　　Rule 5.2(a) of the Federal Rules of Civil Procedure requires redaction of the name of an individual known to be a minor. Documents filed with the Court are available to the public and may include only the initials of a minor child. *See* Fed. R. Civ. P. 5.2(a)(3).

　　　　Plaintiffs' Complaint largely complies with this rule, but paragraph 16 appears to inadvertently include two instances of the first name of a minor. Because the Complaint includes information protected by Rule 5.2, it is hereby SEALED. Plaintiffs are ORDERED to file a version of the Complaint redacting all instances of the names of minor children no later than April 6, 2016 in order to complete the public record in this action. Initials of minor children may be left unredacted.

　　　　**IT IS SO ORDERED.**

Dated: March 23, 2016

　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　JOSEPH C. SPERO
　　　　　　　　　　　　　　　　　　　　　　　　Chief Magistrate Judge