Mark Carbone
State Bar No. 76005
Matthew D. Barnette
State Bar No. 264954
CARBONE, SMOKE, SMITH,
BENT & LEONARD
505 14TH STREET, SUITE 600
OAKLAND, CA, 94612-1911
(510) 267-7267
ATTORNEYS FOR DEFENDANT
B.S., A MINOR

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Marcus Hurt, Carly Magnus and Creighton Hurt,<br><br>Plaintiffs,<br><br>v.<br><br>Contra Costa County Sergeant David Adams, Contra Costa County Sheriff's Deputies A. Coniglio, Thomas Herderson, Jeff Jackson, J. Kirkham, David Londono, Tyler Nelson, Katie Rhoe, A. Rossi and Travis Wrangham, Lafayette Police Sergeant D. Nugent, Lafayette Police Officers Brad Imhoff and B. Parker, San Ramon Police Officer Fnu Bruce, B.D., a minor, N.M., a minor, and B.S., a minor, and Does 1-100,<br><br>Defendants. | Case No. CV15-5223 JCS<br><br>**PETITION AND ~~PROPOSED~~ ORDER TO APPOINT KATHRYN MIGNANI AS TEMPORARY GUARDIAN AT LITEM FOR MINOR B.S.**<br>[Fed. R. Civ. Pro. 17(b), (c); CCP §§372, 373] |

Defendant, minor B.S., hereby applies for appointment of a guardian ad litem as follows:

1. Petitioner, B.S., is a minor child, age 17.

2. Kathryn Mignani is the natural biological mother of minor B.S.

3. Minor B.S. has been named as Defendant in the above entitled litigation.

4. Defendant B.S. has no guardian of his estate and no previous applications for Guardian ad Litem in this matter.

5. Kathryn Mignani currently residents in Contra Costa County within the

PETITION AND ORDER TO APPOINT TEMPORARY AS GUARDIAN AT LITEM FOR MINOR B.S.

CSAALA   [550939v1]

jurisdictional limits of this court.

6.   Kathryn Mignani is willing to serve as the Guardian ad Litem for the minor Defendant until he reaches adult age. Kathryn Mignani is fully competent to understand and protect the rights of the minor Defendant until he reaches adult age and has no interest adverse to Defendant during that time.

7.   Attached as Exhibit 1 to this Petition is the Declaration of Kathryn Mignani confirming her intent and capacity to serve as Guardian ad Litem.

8.   Wherefore, B.S. moves this Court for an order appointing Kathryn MIgnani as his temporary guardian ad litem for the purpose of defending these legal claims on his behalf until he reaches adult age.

DATED: April 18, 2016        CARBONE, SMOKE, SMITH, BENT & LEONARD

_____
Matthew D. Barnette
Mark Carbone
Attorneys for Defendant B.S., a Minor

Consent of Nominee

I, Kathryn Mignani, the nominee of Defendant, B.S. consent to act as guardian ad litem for the minor in the above action.

DATED: April 18, 2016

_____
Kathryn Mignani

**ORDER**

The petition for an order appointing Kathryn MIgnani as Guardian Ad Litem, for Defendant B.S., until the minor reaches adult age, specifically May 20, 2016, is GRANTED

DATED: April ~~18~~ 27, 2016

_____
UNITED STATES DISTRICT COURT JUDGE