

Robert E. Davies*
James R. Donahue*
Michael E. Myers*
William K. Blakemore
Stephen J. Mackey
Todd A. Schaffer

Mary A. Stewart
Gregory A. Nelson
Kayla C. Villa
Rebekah A. Morrissey
Eric A. Wills

Of Counsel
James E. Donahue*

*Member -
 American Board of
 Trial Advocates

**Donahue • Davies** LLP
Attorneys at Law

P.O. Box 277010 | Sacramento, CA 95827-7010
Tel 916·817·2900 | Fax 916·817·2644

E-mail: rmorrissey@donahuedavies.com
www.donahuedavies.com

Folsom
1 Natoma Street
Folsom, CA 95630

Stockton
5250 Claremont Ave
Stockton, CA 95207

Fairfield
1652 West Texas St
Fairfield, CA 94533

June 2, 2016

Chief Magistrate Judge Joseph C. Spero
United States District Court
San Francisco Courthouse, Courtroom G
15th Floor
450 Golden Gate Avenue
San Francisco, CA 94102

     RE:    *Hurt, et al.* v. *Adams, et al.*
             Case No. 15-CV-05223-JCS

Dear Chief Magistrate Judge Spero:

Our office represents Defendant B.D. in the above-captioned matter. We would like to request telephonic appearance at the Initial Case Management Conference, scheduled for June 3, 2016, at 2:00 p.m. Our telephone number is (916) 817-2900.

Lead trial counsel in this matter, Michael E. Myers, is unavailable to appear at the Case Management Conference. Mr. Myers must attend expert witness depositions on June 3, 2016, in a case scheduled to commence trial on June 20, 2016, in Kings County Superior Court. The current Initial Case Management Conference in this matter was scheduled prior to our appearance on behalf of Defendant B.D. We ask that Mr. Myers be excused from appearing at the Initial Case Management Conference and that the Court allow the undersigned, Rebekah A. Morrissey, to appear on behalf of Defendant B.D.

I am familiar with the facts and circumstances in this case, and am authorized and able to discuss and commit to all aspects of case management in this matter. I am the associate assigned to this file and have been involved this case since our office was retained.

Chief Magistrate Judge Joseph C. Spero
United States District Court
Re: *Hurt, et al. v. Adams, et al.*
June 2, 2016
Page 2

---

Thank you for your courtesy and cooperation in this matter.

Very truly yours,

**DONAHUE · DAVIES LLP**

By: _____
REBEKAH A. MORRISSEY

RAM/lla

Dated: June 2, 2016

IT IS SO ORDERED

Judge Joseph C. Spero

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA