<table>
<tr><td>

ANDREW C. SCHWARTZ
Certified Civil Trial Specialist/
National Board of Trial Advocacy

STAN CASPER
Certified Civil Trial Specialist/
National Board of Trial Advocacy

MICHAEL D. MEADOWS

LARRY E. COOK

NICK CASPER
BARBARA ROSE SMITH
ADAM CARLSON

</td><td>

LAW OFFICES OF
**CASPER, MEADOWS, SCHWARTZ & COOK**
A PROFESSIONAL CORPORATION
CALIFORNIA PLAZA
2121 NORTH CALIFORNIA BOULEVARD
SUITE 1020
WALNUT CREEK, CALIFORNIA 94596-7333

</td><td>

TEL: (925) 947-1147

FAX: (925) 947-1131

EMAIL:
SCHWARTZ@CMSLAW.COM

</td></tr>
</table>

June 2, 2016

Chief Magistrate Judge Joseph C. Spero
United States District Court
San Francisco Courthouse, Courtroom G, 15th Floor
450 Golden Gate Avenue
San Francisco, CA 94102

  RE: *Hurt vs. Contra Costa County, et al.*
     **United States District Court, Northern District of California**
     **Case Number 3:15-cv-05223-JCS**

Dear Chief Magistrate Judge Spero:

 Both Karen Snell and I are co-lead counsel for the Plaintiffs in the above-referenced matter which is set for a case management conference tomorrow, June 3 at 2:00 p.m.

 Karen Snell will be personally attending tomorrow's conference, and I am hereby requesting permission to appear by telephone; the best phone number to reach me is (925) 947-1147.

 Thank you for your kind consideration in this regard.

Dated: 65/3/16          Very truly yours,

                /s/ - "Andrew C. Schwartz"

                ANDREW C. SCHWARTZ

ACS/mae

[Stamp: UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED — Judge Joseph C. Spero]